IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NASIR TUCKER,<br><br>        *Plaintiff,*<br><br>v.<br><br>RITE AID CORPORATION *individually, and doing business as* RITE AID,<br><br>        *Defendant.* | CIVIL ACTION<br>NO. 23-2914 |

## ORDER

Plaintiff Nasir Tucker filed a complaint on July 29, 2023. Plaintiff effected service of the complaint on October 24, 2023. The Court entered a Notice that it may enter an order dismissing the case against Rite Aid Corporation for lack of prosecution if Plaintiff Nasir Tucker did not take any action on January 18, 2024.

AND NOW, this 18th day of July, 2024, after a review of the Court's records Plaintiff Nasir Tucker has failed to take any action in this case, it is **ORDERED** that this action is **DISMISSED** for lack of prosecution. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**Gerald J. Pappert, J.**